RUSSELL E. MARSH, ESQUIRE
Nevada Bar No. 11198
SUNETHRA MURALIDHARA, ESQUIRE
Nevada Bar No. 13549
WRIGHT MARSH & LEVY
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Office: (702) 382-4004
Fax: (702) 382-4800
russ@wmllawlv.com
smuralidhara@wmllawlv.com
Attorneys for Defendant IGBINOVIA

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>EGHOMWARE IGBINOVIA,<br> aka Jerry Igbinovia,<br><br>    Defendant. | Case No.  2:19-CR-00154-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE MOTION TO SEVER**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED and agreed, by and between EGHOMWARE IGBINOVIA, Defendant, by and through his counsel, RUSSELL E. MARSH, ESQUIRE, and SUNETHRA MURALIDHARA, ESQUIRE, WRIGHT MARSH & LEVY, and CHRISTOPHER CHIOU, Acting United States Attorney, by PETER S. LEVITT and DANIEL CLARKSON, Assistant United States Attorneys, that the deadline for Mr. Igbinovia to file a Motion to Sever, now set for October 29, 2021, be extended for 5 days, to November 3, 2021.

This stipulation is entered into for the following reasons:

1.  At a hearing on numerous motions held on October 20, 2021, this Court, after denying motions to sever brought by three co-defendants, ruled that "Defendant Igbinovia's Motion to Sever is due by October 29, 2021." (ECF No. 192.) The Court also reset the trial date to February 7, 2022. (*Id.*)

2. At the time of the hearing, Mr. Igbinovia and his wife were traveling out of the country with the permission of the Court. (ECF Nos. 180, 181.) They did not return to Las Vegas until the week of October 24, 2021.

3. Mr. Igbinovia's counsel were unable to meet with the Defendant until October 28, 2021. As a result of that meeting, counsel require additional time to conduct factual and legal research and to prepare and file a Motion to Sever on behalf of Mr. Igbinovia.

4. Mr. Igbinovia requests 5 additional days, until November 3, 2021, to file his Motion to Sever. The government does not oppose this request.

5. Accordingly, Mr. Igbinovia will have until November 3, 2021, to file any Motion to Sever. Responses shall be due within 14 days of service of the motion; and any reply within 7 days of service of the response. This will only extend the briefing schedule 5 calendar days and any Motion to Sever will be fully briefed by Thanksgiving.

6. Defendant is released on his own recognizance pending trial, and agrees to the extension requested herein.

7. This is Mr. Igbinovia's first request to extend the deadline on the Motion to Sever.

WHEREFORE, the United States of America, and Defendant Igbinovia jointly request that the deadline be extended for 5 days as set forth herein.

DATED: October 29, 2021.

| WRIGHT MARSH & LEVY | CHRISTOPHER CHIOU |
| --- | --- |
| | Acting United States Attorney |
| By  /s/ Russell E. Marsh | By  /s/ Daniel Clarkson |
| RUSSELL E. MARSH, ESQUIRE | PETER S. LEVITT |
| SUNETHRA MURALIDHARA, ESQUIRE | DANIEL E. CLARKSON |
| Counsel for Eghomware Igbinovia | Assistant United States Attorneys |

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>EGHOMWARE IGBINOVIA,<br> aka Jerry Igbinovia,<br><br>  Defendant. | Case No.  2:19-CR-00154-RFB-VCF<br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court and hereby extends the deadline for Defendant Igbinovia to file a Motion to Sever for 5 days.

**IT IS HEREBY ORDERED** that Mr. Igbinovia shall have until November 3, 2021, to file any Motion to Sever.  Response to any such motion shall be filed within 14 days from the date of service of the motion; and any replies may be filed within 7 days of service of the response.

Dated:   November 5, 2021.  , *nunc pro tunc*
*Dated November 3, 2021.*

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT