RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Eghomware Igbinovia

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-CR-00154-RFB-MDC |
| Plaintiff, | **Motion to Withdraw *Pro Se* Motion to Dismiss (Ecf No. 405)** |
| v. | |
| EGHOMWARE IGBINOVIA, | |
| Defendant. | |

COMES NOW, Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, and hereby moves to withdraw Mr. Igbinovia's *pro se* Motion to Dismiss (ECF No. 405). This motion is based upon the attached Memorandum of Points and Authorities and all of the papers and pleadings on file herein.

DATED this 18th day of September, 2024.

RENE L. VALLADARES
Federal Public Defender

*/s/ Nisha Brooks-Whittington*
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender

## MEMORANDUM OF POINTS AND AUTHORITIES

On September 10, 2024, this Court held a status conference where it granted prior defense counsel's verbal motion to withdraw and instructed the Criminal Justice Act (CJA) resource panel to appoint new attorneys for Mr. Igbinovia. ECF No. 404.  Following this hearing, Mr. Igbinovia, appearing *pro se*, filed a Motion to Dismiss with Prejudice Counts One, and Eight through Twenty of the Indictment. ECF No. 405.  On September 13, 2024, this Court issued an Order, *nunc pro tunc* to September 10, 2024, appointing the Federal Public Defender for the District of Nevada as substitute counsel for Mr. Igbinovia. ECF No. 407.  Undersigned counsel entered a notice of appearance on September 16, 2024. ECF No. 408.

Because Mr. Igbinovia was represented by counsel at the time of his *pro se* filing and now understands that undersigned counsel will submit any future filings, the defense moves to withdraw his *pro se* motion to dismiss (ECF No. 405).

DATED this 18th day of September, 2024.

                                        Respectfully submitted,

                                        RENE L. VALLADARES
                                        Federal Public Defender

                                        */s/ Nisha Brooks-Whittington*
                                        NISHA BROOKS-WHITTINGTON
                                        Assistant Federal Public Defender

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>EGHOMWARE IGBINOVIA,<br><br>      Defendant. | Case No. 2:19-CR-00154-RFB-MDC<br><br>**[PROPOSED] ORDER** |

      Before the Court is defendant's Motion to Withdraw the *pro se* Motion to Dismiss filed on September 11, 2024, ECF No. 405.  The Court finds that Mr. Igbinovia was represented by the Federal Public Defender for the District of Nevada (*see* ECF No. 407) when he filed the *pro se* motion to dismiss and that he may not file such motions on his own behalf. *See* LR IA 11-6(a).  For good cause shown,

      IT IS HEREBY ORDERED that the Motion to Withdraw the *Pro Se* Motion to Dismiss (ECF No. 405) is GRANTED.

Dated this 19th day of September, 2024



UNITED STATES DISTRICT JUDGE

3