RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Eghomware Igbinovia

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EGHOMWARE IGBINOVIA,<br><br>    Defendant. | Case No. 2:19-cr-00154-RFB-MDC-5<br><br>**STIPULATION TO CONTINUE EXPERT NOTICE DEADLINE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jacob H. Operskalski, Assistant United States Attorney, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Eghomware Igbinovia., that the previously ordered deadline for filing the expert notice be vacated and that the parties herein shall have to and including December 3, 2024, within which to file the expert notice.

The Stipulation is entered into for the following reasons:

1.   The parties need additional time to consult with their respective experts, prepare, and file an expert notice.

2.   The parties agree to the continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first stipulation to continue filed herein.

DATED this 25th day of November 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Nisha Brooks-Whittington*<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | By */s/ Jacob H. Operskalski*<br>JACOB H. OPERSKALSKI<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EGHOMWARE IGBINOVIA,<br><br>　　　　　Defendant. | Case No. 2:19-cr-00154-RFB-MDC-5<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

**FINDINGS OF FACT, CONCLUSIONS OF LAW**

　　Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

　　1.　The parties need additional time to consult with their respective experts, prepare, and file an expert notice.

　　2.　The parties agree to the continuance.

**ORDER**

　　IT IS THEREFORE ORDERED that the parties herein shall have to and including December 3, 2024, within which to file the expert notice.

　　DATED this 26th day of November 2024.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3