JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
NADIA AHMED
Assistant United States Attorney
Nevada Bar Number 15489
JACOB H. OPERSKALSKI
Assistant United States Attorney
Nevada Bar Number 14746
EDWARD PENETAR
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
jacob.operskalski@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EGHOMWARE IGBINOVIA,<br>a/k/a Jerry Igbinovia,<br><br>Defendant. | 2:19-cr-00154-RFB-MDC<br><br>**Stipulation to Continue Deadline for Witness and Exhibit Lists** |

  The parties, by and through the undersigned, respectfully request that the Court briefly extend the deadline for exhibit lists and witness lists. This request is based on the following:

  1. On October 24, 2024, the Court ordered in relevant part that: "Trial briefs, proposed jury instructions, proposed voir dire, exhibit and witness lists are due 12/6/2024. The Motions in Limine are due by 12/6/2024 at 12:00 p.m. (noon)." ECF No. 416.

  2. The parties continued negotiations about a potential resolution until

November 27, 2024.

3. Undersigned counsel for the government was on sick leave on December 4, 2024.

4. That parties intend to file all other documents that are due on December 6, 2024, by the current deadline, but are only asking to move the deadlines for witness and exhibit lists to the day before calendar call.

5. The parties are working diligently and cooperatively to prepare for trial.

Respectfully submitted this 5th day of December, 2024.

JASON M. FRIERSON
United States Attorney

*s/ Jacob H. Operskalski*
JACOB H. OPERSKALSKI
Assistant United States Attorney

*Nisha Brooks-Whittington*
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender and counsel for EGHOMWARE IGBINOVIA, a/k/a Jerry Igbinovia

JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
NADIA AHMED
Assistant United States Attorney
Nevada Bar Number 15489
JACOB H. OPERSKALSKI
Assistant United States Attorney
Nevada Bar Number 14746
EDWARD PENETAR
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
jacob.operskalski@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EGHOMWARE IGBINOVIA,<br>a/k/a Jerry Igbinovia,<br><br>Defendant. | 2:19-cr-00154-RFB-MDC<br><br>**Order Approving Stipulation to Continue Deadlines** |

Based on the pending stipulation of the parties, and upon the Court's finding of good cause, IT IS HEREBY ORDERED:

The parties shall file their respective witness and exhibit lists on or before December 12, 2024.

DATED this 5th day of December, 2024.

_____
HONORABLE RICHARD F. BOULWARE, II.
UNITED STATES DISTRICT JUDGE