JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
JACOB H. OPERSKALSKI
Assistant United States Attorney
Nevada Bar Number 14746
EDWARD PENETAR
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
jacob.operskalski@usdoj.gov
edward.penetar@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-cr-00154-RFB-MDC |
| Plaintiff, | **Stipulation to Continue Deadlines for Witness and Exhibit Lists** |
| v. | |
| EGHOMWARE IGBINOVIA, a/k/a Jerry Igbinovia, | |
| Defendant. | |

The parties, by and through the undersigned, respectfully request that the Court extend the deadlines for witness lists and exhibit lists to January 10, 2025. This request is based on the following:

1. On October 24, 2024, the Court ordered in relevant part that: "Trial briefs, proposed jury instructions, proposed voir dire, exhibit and witness lists are due 12/6/2024. The Motions in Limine are due by 12/6/2024 at 12:00 p.m. (noon)." ECF No. 416.

2. The Court approved of two stipulations of the parties and thereby extended the deadlines for witness and exhibit lists twice for the January 2025 trial date, ECF Nos.

437-438; 453; 455. Accordingly, the current deadline for witness and exhibit lists is December 20, 2024.

3. There is a pending motion to dismiss, ECF No. 418, and a pending motion to continue trial, ECF No. 454.[1] Trial is currently scheduled for January 13, 2025. ECF No. 416.

4. The parties intend to continue preparing for trial during a holiday season. This request would not prejudice either party.

Respectfully submitted this 19th day of December, 2024.

JASON M. FRIERSON
United States Attorney
*s/ Jacob H. Operskalski*
JACOB H. OPERSKALSKI
Assistant United States Attorney

*Nisha Brooks-Whittington*
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender and counsel for EGHOMWARE IGBINOVIA, a/k/a Jerry Igbinovia

---

[1] In the government's motion to continue trial, the government sought an additional extension of the deadlines for witness and exhibit lists. ECF No. 454. If the Court grants this stipulation, that portion of the motion would be rendered moot.

JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
JACOB H. OPERSKALSKI
Assistant United States Attorney
Nevada Bar Number 14746
EDWARD PENETAR
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
jacob.operskalski@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-cr-00154-RFB-MDC |
| Plaintiff, | **Order Approving Stipulation to Continue Deadlines for Witness and Exhibit Lists** |
| v. | |
| EGHOMWARE IGBINOVIA, a/k/a Jerry Igbinovia, | |
| Defendant. | |

Based on the pending stipulation of the parties, and upon the Court's finding of good cause, IT IS HEREBY ORDERED:

The parties shall file their respective witness and exhibit lists on or before January 10, 2025.

DATED this 27th Day of December, 2024.

_____
HONORABLE RICHARD F. BOULWARE, II.
UNITED STATES DISTRICT JUDGE