Erin Gettel
Nevada Bar No. 13877
Snell & Wilmer L.L.P.
1700 S. Pavilion Center Drive
Suite 700
Las Vegas, Nevada 89135
(702)-784-5200 x5329
egettel@swlaw.com

Joshua Tomsheck
Nevada Bar No. 9210
Hofland & Tomsheck
228 S. 4th Street, 1st Floor
Las Vegas, Nevada 89101
(702) 895-6760
josht@hoflandlaw.com

*Attorneys for Eghomware Igbinovia*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| United States of America, | Case No. 2:19-cr-00154-RFB-MDC |
|---|---|
| Plaintiff, | |
| v. | **Stipulation Regarding Supplemental Briefing Schedule for Motion to Dismiss (ECF No. 418)** |
| Eghomware Igbinovia, | |
| Defendant. | |

On November 18, 2024, Igbinovia, who was then represented by the Federal Public Defender's Office, moved to dismiss counts one and eight through twenty of the indictment for failure to state an offense. ECF No. 418. After that motion was fully briefed, the FPD Office withdrew, and undersigned defense counsel were appointed. ECF Nos. 465, 466, 467. On February 4, 2025, the Court directed Igbinovia to notify the Court, through the Courtroom Administrator, if Igbinovia intended to proceed with the motion to dismiss, or to file a motion to withdraw any

4902-2779-7043

or all pending motions by April 4, 2025. ECF No. 470. On April 4, 2025, defense counsel notified the Courtroom Administrator via email that Igbinovia would proceed with the motion to dismiss. The Parties have conferred and agree to the below supplemental briefing schedule:

- Igbinovia may file a supplemental brief in support of the motion to dismiss at ECF No. 418 on or before April 25, 2025.
- Thereafter, the deadlines in LCR 12-1(a)(2)–(3) will apply.

DATED: April 8, 2025

SNELL & WILMER L.L.P.

/s/ Erin Gettel
Erin Gettel (Bar No. 13877)
1700 S. Pavilion Center Drive, Ste. 700
Las Vegas, NV 89135

Joshua Tomsheck
HOFLAND & TOMSHECK
228 S. 4th Street, 1st Floor
Las Vegas, Nevada 89101

*Attorneys for Defendant Eghomware Igbinovia*

DATED: April 8, 2025

SIGAL CHATTAH
Interim United States Attorney

/s/ Edward Penetar
Jacob Operskalski
Edward Penetar
Assistant United States Attorneys
United States Attorneys' Office
501 Las Vegas Blvd. South
Las Vegas, NV 89101

*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED ___April 8,___, 2025.

- 2 -

4902-2779-7043